UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10CR5044-BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT AND ORDER OF DISMISSAL OF |
| v. | ) | INFORMATION, EXONERATE THE BOND, |
| | ) | AND PASSPORT BE RELEASED BY |
| BOB LEE, | ) | PRETRIAL IF HELD |
| | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the information in the above entitled case be dismissed without prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 3/15/2012 .

*Barbara Major*

BARBARA L. MAJOR
United States Magistrate Judge